UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST,<br><br>          Plaintiff,<br><br>   v.<br><br>CAICOS CORPORATION, et al.,<br><br>          Defendants. | CASE NO. C12-5020BHS<br><br>MINUTE ORDER |

NOW, on this 8th day of May, 2012, the Court directs the Clerk to enter the following Minute Order:

On March 7, 2012, the clerk entered default against Defendant Ann Therese Berry ("Mrs. Berry") for failing to timely file an answer to the complaint. Dkt. 17. On March 19, 2012, the Court denied Defendant David S. Berry's ("Berry") motion for reconsideration regarding the entry of default against Mrs. Berry, but informed the parties that Mrs. Berry could bring a motion to challenge the entry of default. Dkt. 19. On April 2, 2012, Mrs. Berry filed a motion for relief from order of default stating that she did not

know Berry could not represent her in court and requesting an opportunity to file an answer on her own behalf. Dkt. 22. Plaintiff Insurance Company of the West ("ICW") has failed to respond to the motion. Under Local Rule 7(b)(2), "[i]f a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." Accordingly, the Court concludes that the default entered against Mrs. Berry is set aside and she may file an answer to the complaint and a response to ICW's motion for summary judgment (Dkt. 15).

Accordingly, Mrs. Berry must file an answer to the complaint on or before **May 21, 2012**, and if she wishes to file a response, or join in Berry's response, to ICW's motion for summary judgment, she must do so on or before **May 21, 2012**. ICW's motion for summary judgment (Dkt. 15) is **RENOTED to May 21, 2012**.

The foregoing Minute Order was authorized by the Honorable BENJAMIN H. SETTLE, United States District Judge.

        /s/ Trish Graham  
        Trish Graham  
        Judicial Assistant