UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST,<br><br>                  Plaintiff,<br><br>    v.<br><br>CAICOS CORPORATION, et al.,<br><br>                  Defendants. | CASE NO. C12-5020 BHS<br><br>ORDER DENYING STIPULATED MOTION FOR ENTRY OF SUPPLEMENTAL JUDGMENT |

This matter comes before the Court on the parties' stipulation for entry of a supplemental judgment (Dkt. 41). The Court has considered the pleadings filed in support of the stipulation and the remainder of the file and hereby denies entry for the reasons stated herein.

On March 1, 2013, the parties filed a stipulation for entry of judgment (Dkt. 39). On the same day, the Court entered the parties' stipulated judgment. Dkt. 40. The case was closed. On November 18, 2013, the parties filed the instant stipulation for entry of a supplemental judgment. Dkt. 41. However, they provide no authority for their request, which is well beyond the 28 days permitted for amendment of judgments. *See* Fed. R. Civ. P. 59(e).

1  Therefore, it is hereby **ORDERED** that the parties' stipulation for entry of
2  supplemental judgment is **DENIED without prejudice**.
3  Dated this 20th day of November, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge